IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 10-CR-102-BBC |
| | ) |
| TREMAYNE A. PALMER, | ) |
| | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the Indictment against defendant Tremayne A. Palmer. The case will be presented to the appropriate Wisconsin District Attorney for consideration of possible state charges.

Dated this 24th day of August, 2010.

Respectfully submitted,

JOHN W. VAUDREUIL
United States Attorney

By:

/s/
STEPHEN P. SINNOTT
*Assistant U. S. Attorney*
*Chief of Criminal Division*

Leave of court is granted for the filing of the foregoing dismissal.

BARBARA B. CRABB
United States District Judge

Dated: August 24, 2010