IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

TREMAYNE A. PALMER
        Defendant.

ORDER

Case No. 10-cr-102-bbc-1

The defendant in the above-entitled case has been:

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

The State Department is not to reissue a passport without approval of U.S. Probation.

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

\_\_\_\_X\_\_\_ acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____ Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Date: 9-23-10.

BY THE COURT:

*[signature]*

STEPHEN L. CROCKER
Magistrate Judge

cc: USA, Defense Atty, USPO